RECEIVED

AUG 19 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **CHANSE CEASAR** | **CIVIL ACTION 14-2392** |
| **VERSUS** | **JUDGE HAIK** |
| **CITY OF EUNICE** | **MAGISTRATE JUDGE HANNA** |

## RULING

A Hearing on the Motion for Summary Judgment filed by the City of Enice was held on 7/23/2015. Present were counsel for both parties. Following the Hearing and Judgment in favor of the defendant, plaintiff Chanse Ceasar filed the following motions:

**1. Motion to Enter Material Facts (Doc. #22)**

**2. Motion for New Trial, Motion to Reinstate Case (Doc. #23)**

Defendants responded in a timely manner to both motions. On this date, Mr. Ceasar filed 161 pages of proposed exhibits in support of his motions.

The Court has fully reviewed Mr. Ceasar's motions and considered all evidence and arguments in the record.

The Motion to Enter Material Facts notes that Mr. Ceasar did not agree to Mr. Shannon Batiste's enrollment as co-counsel and further alleged that large amounts of evidence in his favor were not presented to the Court. That is, his attorney neglected to present all evidence. His Motion for New Trial is based on the same contentions.

Out of an abundance of caution, the Court **GRANTS** both the Motion for New Trial and the Motion to Enter Material Facts <u>solely</u> to consider the evidence presented by Mr. Ceasar following conclusion of the summary judgment hearing which he argues was excluded by his attorney, but beneficial to his case.

Following a full review of <u>all</u> documents and videos submitted by Mr. Ceasar, the Court finds the evidence filed fails to present any material fact at issue which would preclude summary judgment in favor of the defendant.  **That is, the Court finds its original Judgment is correct and again holds there are no material facts at issue and judgment in favor of the City of Eunice is proper.**

**The claims of plaintiff Chanse Ceasar against the City of Eunice are DISMISSED in their entirety, WITH PREJUDICE.**

**THUS DONE** and **SIGNED** on this 18th day of August, 2015.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE